UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADM EXPORT CO. | CIVIL ACTION |
| VERSUS | NO. |
| CARGO OF U.S. DISTILLERS DRIED GRAINS SOLUBLES (GOLDEN) LOADED ABOARD THE M/V OGNA AT ADM, DESTREHAN, LOUISIANA ON JULY 7 TO 10, 2015 | JUDGE MAGISTRATE |

## COMPLAINT

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA,

The Complaint of ADM Export Co. ("ADM"), a Delaware corporation, against the above listed cargo, in rem, in a cause of action pursuant to Supplemental Rule D, and, alternatively, for a writ of sequestration, respectfully avers as follows on information and belief:

1.

At all material times, Plaintiff, ADM, is a corporation duly authorized and incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Illinois.

2.

At all material times, Plaintiff ADM was and is the sole legal owner of the Defendant Cargo, consisting of a consignment of U.S. Dried Grains with Solubles (Golden), which consignment was loaded in bulk aboard the M/V OGNA in Destrehan, Louisiana at the ADM's Destrehan facility on or about July 7 to 10, 2015. Plaintiff has delivered approximately

{N3061744.1}

53,036.551 metric tons of said cargo to the M/V OGNA, in good order and condition, meeting the terms and conditions of its sales contract, but the purchaser refuses to comply with the applicable sales contract and open an irrevocable letter of credit, which is necessary for Plaintiff to be paid. A copy of the contract confirmation is attached as Exhibit A. Plaintiff is the owner of said cargo and has title to said cargo and is the holder of the Mates' receipts for said cargo, copy attached as Exhibit B.

3.

Despite demand, the buyer of the cargo has refused and failed to comply with the terms of the applicable sales contract by failing to open an irrevocable letter of credit, in proper form. Plaintiff further shows that said ocean vessel will leave this jurisdiction with all of Plaintiff's cargo aboard and will sustain damages, as can be presently estimated, in excess of $5.0 million dollars since, without the appropriate letter of credit, the Plaintiff will not be paid for these goods.

4.

This is a cause of action in tort, breach of contract, and involving a maritime subject and a maritime nexus and is a cause cognizable within the Court's admiralty and maritime jurisdiction, 28 U.S.C. §1333. Plaintiff invokes the maritime procedures specified in Rule 9(h) of the Federal Rules of Civil Procedure and Supplemental Rule D and, alternatively, the remedy of sequestration as allowed by the Louisiana Code of Civil Procedure, Article 3571.

5.

Plaintiff brings this action pursuant to Supplemental Admiralty Rule D for possession of its cargo, described above, and, alternatively, pursuant to Louisiana law for a writ of sequestration, in accordance with Louisiana Civil Code Article 3571. Plaintiff shows that its property described above will leave the jurisdiction during the pendency of this action, which will cause substantial damages to Plaintiff.

WHEREFORE, Plaintiff, ADM Export Co., prays that its cargo, described above, be attached and seized by the U.S. Marshal and/or his Deputy and remain in their possession and custody subject to all further orders of this Court. Plaintiff further prays that it be awarded sole custody and dominion of said cargo, together with all of the relief which the justice of the cause requires.

*/s/ Richard D. Bertram*
RICHARD D. BERTRAM (Bar #17881), T.A.
WILLIAM P. WYNNE (Bar #28817)
Jones Walker LLP
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8334
Attorneys for Plaintiff ADM Export Co.