

# McDONALD PELZ
# GLOBAL COMMODITIES LLC

6720 W 121st Street, Suite 102, Overland Park, Kansas 66209
1803 S Foothills Hwy., Suite P, Boulder, Colorado 80303
7076 E Fish Lake Road, Maple Grove, MN 55311
PO Box 21, Sullivan, IL 61951
Affiliated offices:
53 Belmont Crescent, Montmorency Victoria 3094, Australia
R. Jesuino Maciel #255, Campo Belo, Sao Paulo, Brasil CEP 04515-001
Av. Libertador 8630, Floor 13, Office #1, Buenos Aires, Argentina
Kosuyolu Mh. Mahmut Yesari Sok. No. 10, Kadikoy, Istanbul, Turkey
Rm 406 Fuxing Commercial Bldg, 139 Ruijin Rd #1, Huangpu Distr, Shanghai, China 200020
Office 111, Centrum Plaza, Sector 53, Golf Course Rd, Gurgaon-12 2001 India

Phone: (913) 491-3711     Email: mcdonald@mcdonaldpelz.com
Phone: (303) 543-7033     Email: bobby@mcdonaldpelz.com
Phone: (612) 259-1024     Email: pmattson@mcdonaldpelz.com
Phone: (217) 254-1300     Email: kuhns@mcdonaldpelz.com

pgeary@mcdonaldpelz.com
caio@mcdonaldpelz.com
drodriguez@mcdonaldpelzargentina.com
c.sonmez@mcdonaldpelz.com
eduardo@mcdonaldpelz.com
sumit@mcdonaldpelz.com

**Date:** March 12, 2015                                            **Contract Number:** SC1503015

**Buyer:**
C&D (USA) Inc.
4100 Jorie Blvd, Suite 173,
Oak Brook, IL 60523 USA

**Guaranteed by (hereinafter "Guarantor")**
Xiamen C&D Commodity Trading Co., Ltd
26F, C&D International Building, No.1699 Huangdao East Road
Xiamen 361008, China

**Seller:**
ADM Export
4666 Fairies Parkway
Decatur, IL 62525 USA

**Commodity:** U.S. Distillers Dried Grains with Solubles (Golden)

**Quantity:** 50,000 metric tons, 10% more or less at Buyer's option at contract price

**Quality specifications:**
Basis 35.0%, minimum 34.0% Profat; 1:1 bonification
Basis 7%, minimum 6.5% Fat; 1:1 bonification
Maximum 12.0% Moisture
Maximum 12.0% Fiber
Maximum 6.0% Ash
Maximum 5 ppm vomitoxin
Maximum 20 ppb aflatoxin
50 or greater on the Hunter Color L test
All of the above specifications and condition final at time and place of loading per certificates issued as per Independent Lab of seller's option and account.

**Delivery period:** June 1-30, 2015 both days included. Buyer to narrow the laycan into 15 day spread latest 30 days prior to first date of narrowed shipment period

**Price:** USD 266.50 per metric ton.



Exhibit "A"

**Origin:**          USA

**Weight/Quality:** Final at time and place of loading as per certificates issued by an independent surveyor of Seller's choice.

**Packing:**         In bulk.

**Parity/Load Port:** FOB / STOWED / SPOUT TRIMMED to be loaded to a self-trimming bulk carrier- main holds only. 1 safe berth or 1 safe anchorage, Mississippi River not above and excluding Baton Rouge, but including midstream loading facilities at seller's option declarable upon seller's receipt of berthing application.

**Pre-advice:**      10 days

**Load Guarantee:** 8,000 per metric ton wwdsshex eiu as per NAEGA. Daily Demurrage / Half Despatch per Charter Party. Load guarantee to apply to entire vessel.

**Carrying Charges:** If any, to commence at the rate of U.S. Dollars $0.30 per metric ton plus 2½% over the New York Prime Rate in force on the B/L date, if vessel does not file load ready on or before the last day of the shipping period.

**Payment:** 10% of contract value, USD 1,332,500.00, to be secured with performance bond via an Irrevocable and Unconditional stand by Commercial Letter of Credit to be opened no later than March 26, 2015 by buyer. SBLC is to be opened with expiration date of July 10, 2015. However, at time of the nominated vessel's notice of readiness being accepted, the standby LC may expire early. Payment for cargo loaded onto buyer's vessel shall be 100% paid via Irrevocable and Unconditional Commercial Letter of Credit opened through Buyer's bank acceptable to seller, according to the following terms and conditions, being received by seller in good order per contract terms opened no later than May 1, 2015.

The following items should be added into the L/C application:
- Third party shipping documents are acceptable except draft and invoice
- Charter Party bills of lading are acceptable
- 10% more or less in both quantity and L/C amount are acceptable.
- Allowance:
    - If the profat is less than 35.0%, Seller shall pay to Buyer an allowance of 1.00% of the contract price for each 1.00% deficiency, fraction in proportion, down to 34.0%. Profat more than 35.0% shall be free to Buyer.
    - If the fat is less than 7.0%, Seller shall pay to Buyer an allowance of 1.00% of the contract price for each 1.00% deficiency, fraction in proportion, down to 6.50%. Fat more than 7.0% shall be free to Buyer.
- Document(s) presented within 21 days of bills of lading date and within validity of L/C are acceptable.
- Independent surveyor is first class independent surveyor at Seller's option and expense.
- Document(s) with issuance date after B/L date are acceptable.
- The L/C is subject to UCP 600.

**Documents:**
Seller shall present the following required documents for the L/C negotiation:
1. Signed commercial invoice in 3 original and 3 copies
2. Full set of clean on board original bills of lading (3/3), made out to order and blank endorsed and marked 'freight payable as per governing charter party' released to seller within 3 business days of completion of cargo loading.

3. Certificate of Origin in 1 original and 3 copies singed by the Chamber of Commerce of the exporting country.
4. Certificate of Weight in 1 original and 3 copies issued by Russell Marine or first class independent surveyor at seller's option
5. Certificate of Analysis in 1 original and 3 copies issued by first class independent surveyor at seller's option
6. Phytosanitary Certificate in 1 original and 3 copies issued by government authority.
7. Hold Inspection Certificate issued by the first class independent surveyor in 1 original and 3 copies.
8. Fumigation Certificate issued by company performing fumigation or first class independent surveyor in 1 original and 3 copies

**Other:**
Fumigation with Phosphine treatment (recirculation method- 45 grams), for Seller's account.

Seller shall provide shipment details within 5 working days after B/L date. To include actual quantity loaded, bills of Lading number, on board date, cargo value, vessel name and voyage etc.

Buyers have the right to appoint RMG as independent surveyor to the loading port to perform GMO test at their cost. Seller agrees to render convenience and good cooperation to the Buyers.

**Governing Contract:**
NAEGA 2 of May 2000 including Addendum 1 and Addendum 2 (February 1, 2003), and Arbitration Agreement.

**Brokerage:** 1.00 USD/mt acct seller

_____
C&D (USA) Inc. AS BUYER

_____
ADM AS SELLER

_____
XIAMEN CND AS GUARANTOR

_____
MCDONALD PELZ AS BROKER

**PLEASE COMMUNICATE ANY DISCREPANCIES TO US WITHIN ONE BUSINESS DAY OF RECEIPT OF THIS WRITTEN CONFIRMATION. IF NO DISCREPANCIES ARE REPORTED IT IS ASSUMED THAT ALL PARTIES INVOLVED ACCEPT AND AGREE TO ALL TERMS AS OUTLINED IN THE ABOVE BUSINESS CONFIRMATION.**

**WE THANK YOU FOR THIS BUSINESS AND KINDLY ASK YOU TO PROMPTLY SIGN AND RETURN A COPY OF THIS CONFIRMATION. HOWEVER, THE VALIDITY OF THIS CONTRACT SHALL NOT BE AFFECTED BY THE NON-RETURN OF A SIGNED COPY.**